**Order entered April 6, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00135-CV

### IN THE INTEREST OF K.T.W., S.K.W., K.J.W., K.M.W., AND C.R.W., MINOR CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-52418-2017**

### ORDER

Although appellant has requested the reporter's record and is entitled to proceed without payment of costs under Texas Rule of Civil Procedure 145(a), the reporter's record has not been filed. Accordingly, we **ORDER** Cindy Bardwell, as the Official Court Reporter for the 429th Judicial District Court, to file the reporter's record no later than May 6, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Bardwell; LaTresta Ginyard, as the former court reporter for the 429th Judicial District Court; and, the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE